IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P., | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 14-1106-GMS ) |
| v. | ) ) |
| COX COMMUNICATIONS, INC., et al., | ) ) |
| Defendants. | ) |

**JOINT STIPULATION REGARDING REDUCING THE NUMBER OF ASSERTED CLAIMS AND PRIOR ART REFERENCES**

After having met and conferred regarding reducing both the number of claims the AT&T Plaintiffs are anticipating asserting in this action, as well as the number of prior art references Defendants are anticipating asserting, the parties, through their attorneys of record, hereby stipulate and agree as follows:

1. On or before July 24, 2015, the AT&T Plaintiffs will serve the Cox Defendants[1] with a written Preliminary Election of Asserted Claims, which shall assert no more than 12 claims for each of the asserted Patents-in-Suit.[2]

2. On or before August 13, 2015, the Defendants will serve Plaintiffs with a Preliminary Election of Asserted Prior Art, which shall identify no more than 12 prior art references for each of the asserted Patents-in-Suit.

---

[1] For purposes of this stipulation, the AT&T Plaintiffs count as a single plaintiff and the Cox Defendants count as a single defendant.

[2] For purposes of this stipulation, the "Patents-in-Suit" refer to the patents identified in AT&T's Original Complaint filed in this matter, and any subsequent Amended Complaint (if any).

3. On or before January 19, 2016, the parties shall submit a joint stipulation regarding further reductions in both the number of asserted claims, as well as the number of prior art references.

4. Plaintiffs may assert different claims upon a motion to amend, and a showing of good cause. Defendants may assert different references (1) in response to any new claims asserted, or (2) otherwise upon a motion to amend, and a showing of good cause.

5. If the case is transferred to another venue, the parties agree that the transfer will not be used as a ground to seek extensions of any of the deadlines set forth herein.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Lauren E. Maguire | /s/ Melanie K. Sharp |
| John G. Day (No. 2403)<br>Lauren E. Maguire (No. 4261)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com | Melanie K. Sharp (No. 2501)<br>Robert M. Vrana (No. 5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com |
| MCKOOL SMITH, PC<br>Theodore Stevenson, III<br>David Sochia<br>Jared Hoggan<br>Cory A. McAnelly<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>(214) 978-4000 | PROSKAUER ROSE<br>Steven M. Bauer<br>Nathan T. Harris<br>One International Place<br>Boston, MA 02110-2600<br>(617) 526-9700<br><br>*Attorneys for Cox Communications, Inc., et al.* |

*Attorneys for AT&T Intellectual Property I, L.P. and AT&T Intellectual Property II, L.P.*

SO ORDERED this 3rd day of Feb, 2015.

_____
UNITED STATES DISTRICT JUDGE

{00939228;v1 }      2