IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 14-1106-GMS ) ) ) ) ) ) |

### ORDER

This __14th__ day of __April__, 2015, the Court having considered Plaintiffs' Unopposed Motion for Leave to File a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2);

IT IS HEREBY ORDERED that plaintiffs' motion is granted. Plaintiffs are directed to file and serve the First Amended Complaint upon entry of this Order.

_____
United States District Judge

{00973762;v1 }